UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | DOCKET NO: 3:15-CR-213-10-MOC-DCK |
| V. ) | |
| ) | ORDER |
| ) | |
| PATRICIO DEL-HOYO, ) | |
| _____ ) | |

This matter is before the Court on its own Motion to administratively close the case as to **Patricio Del-Hoyo** The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

**It is, therefore, ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: December 18, 2020

Max O. Cogburn Jr
United States District Judge